# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00609-CV

**Burger Nation, LLC, Appellant**

**v.**

**Wukasch Properties, Ltd., LLP, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-12-002160, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Burger Nation, LLC has filed a motion asking this Court to supplement the clerk's record in this case. We grant the motion in part and direct the Travis County District Clerk to file a supplemental clerk's record containing a copy of the "Judges Notes" associated with Cause No. D-1-GN-12-002160.

It is so ordered on January 15, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose